# UNITED STATES DISTRICT COURT
## District of Minnesota

Marisol Pineros Quinteros,

Petitioner(s),

v.

Pamela Bondi, Todd M. Lyons, Kristi Noem and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1055 MJD/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed February 10, 2026. **[Doc. 17.]**

2. Petitioner Marisol P.Q.'s Verified Petition for Writ of Habeas Corpus **[Doc. 1] is GRANTED in part and DENIED in part.**

a. Respondents are ordered to conduct a meaningful search for Petitioner's passport, document the steps they have taken to find the passport, and return the passport to Petitioner's counsel on or before the Show Cause Hearing on February 24, 2026;2

b. Petitioner is ordered to file a status report in CMECF if Respondents return the passport prior to the Show Cause Hearing. In the report, Petitioner should inform the Court if the February 24, 2026 Show Cause Hearing should be canceled;

c. Any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment in this matter, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted; and

d. The remainder of Petitioner Marisol P.Q.'s Petition is **DENIED without prejudice.**

3. Petitioner's Motion to Enforce Judgment **[Doc. 24] is GRANTED**.

a. Respondents are ordered to conduct a meaningful search for Petitioner's passport, document

the steps they have taken to find the passport, and return the passport to Petitioner's counsel on or before the Show Cause Hearing on February 24, 2026;

b. Respondents are ordered to appear at a hearing at 2:00 p.m. Central Time on February 24, 2026 at the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 to show cause why they should not be held in contempt for failing to comply with the Court's February 13, 2026 deadline to return Petitioner's passport; and

c. Petitioner is ordered to file a status report in CMECF if Respondents return the passport prior to the hearing. In the report, Petitioner should inform the Court if the February 24, 2026 Show Cause hearing should be canceled

Date: 2/19/2026

KATE M. FOGARTY, CLERK